# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SCOTT BOEHM, | Civil Case No. 2:19-CV-01039 (JPS) |
| *Plaintiff*, | Hon. J.P. Stadtmueller |
| v. | ECF Case<br>Electronically Filed |
| CHRIS LAZARCZYK d/b/a<br>NOMARFANFORLIFE, | |
| *Defendant*. | |

## APPLICATION FOR WRIT OF EXECUTION

TO THE MARSHAL OF THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF WISCONSIN:

**WHEREAS**, on February 21, 2020, default judgment was entered in this action against Defendant Chris Lazarczyk d/b/a Nomarfanforlife ("Defendant"), in favor of Plaintiff Scott Boehm ("Plaintiff") for the sum of $210,124.18, as ordered and approved by the Honorable Judge J.P. Stadtmueller, U.S.D.J.;

**WHEREAS**, said judgment was duly filed in the Office of the Clerk of the United States District Court for the Eastern District of Wisconsin, and the sum of $210,124.18 is now actually due thereon;

**THEREFORE**, you are hereby commanded to satisfy said judgment out of the personal property of the judgment-debtor Defendant, as set forth in the attached declaration, and if sufficient personal property cannot be found, then out of the real property belonging to the judgment-debtor at the time said judgment was entered in the Office of the Clerk of this Court, or at any time thereafter in whosoever hands the same may be, and that you pay the moneys realized by you from

1

such property directly to Plaintiff or his undersigned attorney in this action, and return this execution within one (1) year after its issuance by the Clerk of this Court.

Dated: New York, New York
November 5, 2020

By: _____
Nathaniel A. Kleinman
McCulloch | Kleinman Law
501 Fifth Avenue, Suite 1809
New York, NY 10017
T: (212) 355-6050
F: (206) 219-6358
nate@mkiplaw.com
*Attorneys for Plaintiff*

**GINA M. COLLETTI**
**Clerk of Court**

By:_____
Deputy Clerk

Date: _____